## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AKUWA ISHAK** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 24-23** |
| **GREENSBURG POLICE DEPT. ET AL.** | * | **SECTION L** |

### ORDER & REASONS

Before the Court is Plaintiff Akuwa Ishak's Motion for Injunctive Relief. R. Doc. 18.

In the instant motion, Plaintiff requests that this Court issue an order that requires the 21st Judicial District of Louisiana to "cease and desist" all pending litigation instituted against Plaintiff by Defendant Scott Perrilloux. *Id.* at 1. Plaintiff seeks this relief through a motion for injunctive relief.

The Court denies Plaintiff's motion for two reasons. First, this Court has no authority to issue such an order on the Louisiana state court. Second, even if the Court did, a motion for injunctive relief would not be the appropriate means to effectuate Plaintiff's request.

Accordingly, Plaintiff Akuwa Ishak's Motion for Injunctive Relief is **DENIED**.

New Orleans, Louisiana, this 20th day of March, 2024.

_____
United States District Judge